IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIE EARL CURRY     PETITIONER

v.     Civil Cause No. 1:16-cv-146-GHD-DAS

JOSH DAVIES AND ALCORN
COUNTY CORRECTIONAL FACILITY     RESPONDENTS

## FINAL JUDGMENT

Petitioner seeks *habeas* relief from his state prison sentence. The United States Magistrate Judge filed a Report and Recommendation [31] recommending the cause be dismissed because Petitioner failed to exhaust state remedies before filing his petition. Petitioner timely objected.

The Court finds Petitioner's objections are not well-taken and that they should be overruled for the reasons stated in the Report and Recommendation, which the Court approves and adopts as its opinion.

It is **ORDERED** that:

1. That the Petitioner's Objections [32] to the Magistrate Judge's Report and Recommendation [31] are **OVERRULED**;

2. That the Report and Recommendation [31] of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of this Court;

3. Respondents' motion to dismiss [25] is **GRANTED**; and

4. This cause is **DISMISSED** without prejudice for failure to exhaust state remedies.

SO ORDERED, this, the 27th day of April, 2018.

                   /s/ Glen H. Davidson
                   SENIOR U.S. DISTRICT JUDGE