# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

WILLIE EARL CURRY                                    PETITIONER

v.                                                    Civil Cause No. 1:16-cv-146-GHD-DAS

JOSH DAVIES AND ALCORN
COUNTY CORRECTIONAL FACILITY                          RESPONDENTS

## CERTIFICATE OF APPEALABILITY

The court has entered a final judgment in a *habeas corpus* proceeding in which the detention complained of arises out of process issued by a state court under 28 U.S.C. § 2254 or § 2241, or the final order in a proceeding under 28 U.S.C. § 2255, and the court, considering the record in the case and the requirements of Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), hereby finds that:

### PART A

☐     the applicant has made a substantial showing of the denial of a constitutional right.

SPECIFIC ISSUE(S):


■     **a certificate of appealability should not issue.**

REASONS FOR DENIAL: For the reasons stated in its opinion, the court finds that the Petitioner has failed to "demonstrate that the issues are debatable among jurists of reason; that a court could resolve issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4, 103 S.Ct. 3383, 3394 n.4, 77 L.Ed.2d 1090 (1993) (superseded by statute) (citations and quotations omitted); 28 U.S.C. § 2253(c) (1) and (2). Specifically, the court finds, for the reasons set forth in its memorandum opinion and final judgment, that the instant petition for a writ of habeas corpus should be dismissed for failure to exhaust state remedies.

**SO ORDERED**, this, the 27th day of April, 2018.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE